# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:96-cr-00013-MR-DLH-2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| LAWRENCE JAKE McCLAIN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's motion requesting a copy of his Presentence Report [Doc. 77].

The Defendant requests a copy of his Presentence Report. The Defendant, however, has no current matters pending before the Court. The Defendant was originally sentenced in January 1997. [Doc. 32]. The last activity in this matter occurred in June 2009 when the Defendant's term of supervised release was extended for a period of six months. [Doc. 67]. With no current motions pending, the Defendant has failed to demonstrate a particularized need for his Presentence Report. See United States v. Velasquez, No. 5:10-CR-00042, 2012 WL 3307264, at *1 (W.D.N.C. Aug. 13, 2012) (Voorhees, J.) (holding that a copy of presentence report may be obtained from the district court only upon a showing of particularized need)

(citing United States v. Williams, No. 88-7340, 1989 WL 152422, at *2 (4th Cir. Dec. 11, 1989)).  Accordingly, the Defendant's motion must be denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion requesting a copy of his Presentence Report [Doc. 77] is **DENIED**.

**IT IS SO ORDERED.**

Signed: September 25, 2018

Martin Reidinger
United States District Judge